UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Loretta Ann Burnette<br><br>*Plaintiff*<br><br>v.<br><br>Green Tree Servicing LLC<br><br>Defendant | Chapter 13<br>Case No. 15-19654<br><br><br>ADV. NO. 16-00040<br><br>Judge Jack B. Schmetterer |

## AMENDED ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

  The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of U.S. Bank, N.A. as trustee for U.S. Bank, N.A. by Green Tree Servicing LLC, as Servicer with delegated authority under the transaction documents, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

              By: /s/Andrew Nelson
              ARDC #0621660
              Pierce & Associates, P.C.
              1 N. Dearborn St. Suite 1300
              Chicago, IL 60602
              (312) 346-9088

Dated: March 1, 2016

File No. 250739-25417